# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**905**

**CAF 12-01421**

PRESENT: SMITH, J.P., CARNI, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF RICHARD W. WHITE, JR.,
PETITIONER-APPELLANT,

V                                              MEMORANDUM AND ORDER

AMANDA WILCOX, RESPONDENT-RESPONDENT.
------------------------------------------------
TERESA M. PARÉ, ESQ., ATTORNEY FOR THE CHILD,
APPELLANT.
(APPEAL NO. 3.)

---

TERESA M. PARÉ, ATTORNEY FOR THE CHILD, CANANDAIGUA, APPELLANT PRO SE.

SHIRLEY A. GORMAN, BROCKPORT, FOR PETITIONER-APPELLANT.

MARYBETH D. BARNET, CANANDAIGUA, FOR RESPONDENT-RESPONDENT.

---

     Appeals from an order of the Family Court, Ontario County (Frederick G. Reed, A.J.), entered June 15, 2012 in a proceeding pursuant to Family Court Act article 6.  The order dismissed the petitions.

     It is hereby ORDERED that said appeals are unanimously dismissed without costs.

     Same Memorandum as in *Matter of White v Wilcox* ([appeal No. 1] ___ AD3d ___ [Sept. 27, 2013]).

Entered:  September 27, 2013                    Frances E. Cafarell
                                               Clerk of the Court